**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1993**

———————

RALPH RUSSELL,

                                        Petitioner,

          versus

PARAMONT COAL COMPANY; DIRECTOR, OFFICE OF
WORKERS' COMPENSATION PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR,

                                        Respondents.

———————

On Petition for Review of an Order of the Benefits Review Board.
(98-1153-BLA)

———————

Submitted:  June 20, 2000          Decided:  July 10, 2000

———————

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ralph Russell, Petitioner Pro Se.  Harry Ashby Dickerson, PENN,
STUART & ESKRIDGE, Abingdon, Virginia; Patricia May Nece, Jeffrey
Steven Goldberg, UNITED STATES DEPARTMENT OF LABOR, Washington,
D.C., for Respondents.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ralph Russell seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Russell v. Paramont Coal Co, BRB No. 98-1153-BLA (B.R.B. May 26, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2